IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN P. GALLAGHER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>E. I. DU PONT DE NEMOURS AND )<br>COMPANY, )<br>)<br>Defendant. ) | C.A. No. 07-47 (JJF)<br><br>JURY TRIAL DEMANDED |

**DISCLOSURE OF E. I. DU PONT DE NEMOURS AND COMPANY
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Fed. R. Civ. P. 7.1, Defendant E. I. du Pont de Nemours and Company, by and through its undersigned attorneys, hereby certifies as follows:

Defendant E. I. du Pont de Nemours and Company ("DuPont") is a publicly traded corporation organized and existing under the laws of the State of Delaware. DuPont has no parent company or corporation that owns 10% or more of DuPont's stock.

POTTER ANDERSON & CORROON LLP

By: /s/ Sarah E. DiLuzio
    Kathleen Furey McDonough (No. 2395)
    Sarah E. DiLuzio (No. 4085)
    Hercules Plaza, 6th Floor
    1313 North Market Street
    P.O. Box 951
    Wilmington, DE 19899-0951
    Telephone: (302) 984-6000
    Telefax: (302) 658-1192
    kmcdonough@potteranderson.com
    sdiluzio@potteranderson.com

*Attorney for Defendants
E.I. du Pont de Nemours and Company*

Dated: February 21, 2007
778505/20120-423

## CERTIFICATE OF SERVICE

I, Sarah E. DiLuzio, hereby certify that on February 21, 2007, I electronically filed true and correct copies of the foregoing DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 with the Clerk of the Court using CM/ECF which will send notification of such filing, which is available for viewing and downloading from CM/ECF, and mailed via first class mail a copy to plaintiff's counsel at the following address:

> Gary A. Bryde, Esquire
> Stone Mill Office Park
> 724 Yorklyn Road, Suite 100
> Hockessin, DE 19707
>
> Charles Gruver, III, Esquire
> Stone Mill Office Park
> 724 Yorklyn Road, Suite 315
> Hockessin, DE 19707

> By: /s/ Sarah E. DiLuzio
> Sarah E. DiLuzio (No. 4085)
> POTTER ANDERSON & CORROON LLP
> Hercules Plaza, 6th Floor
> 1313 North Market Street
> P.O. Box 951
> Wilmington, DE 19899-0951
> Telephone: (302) 984-6000
> Telefax: (302) 658-1192
> E-mail: sdiluzio@potteranderson.com
>
> *Attorney for Defendants*
> *E.I. du Pont de Nemours and Company*

778505/20120-423