

**GARY A. BRYDE, P.A.**
ATTORNEYS AT LAW
STONE MILL OFFICE PARK
724 YORKLYN ROAD, SUITE 100
HOCKESSIN, DELAWARE 19707
(302) 239-3700
FAX (302) 239-4015

GARY A. BRYDE
gbryde@brydelaw.com

JONATHAN LAYTON
jlayton@brydelaw.com

March 9, 2007

**VIA FACSIMILE &**
**U.S. MAIL**

The Honorable Joseph J. Farnan, Jr.
United States District Court
Lockbox 27
844 North King Street
U.S. Courthouse
Wilmington, DE 19801

RE:   **Gallagher v. E.I. du Pont de Nemours and Company**
      **Civil Action No. 07-047 JJ**

Dear Judge Farnan:

As I discussed with Sarah E. DiLuzio, attorney for defendant this afternoon, our firm received, via U. S. Mail today, the Rule 16.2 Notice requiring counsel to confer and submit to the Court a Proposed Pretrial Scheduling Order on or before Monday, March 12, 2007. Unfortunately, Mr. Bryde is out of the country until March 19, 2007.

I called your office to receive direction and was advised to contact Kathleen McDonough, attorney for the defendant. As Ms. McDonough was out of the office, I spoke to Ms. DiLuzio and she suggested that I submit a letter to Your Honor indicating that opposing counsel does not have any objection to our request of an extension of time. Mr. Bryde will comply with the Court's request upon his return to the office on Monday, March 19, 2007.

The Honorable Joseph J. Farnan, Jr.
March 9, 2007
Page 2

Thank you in advance for your kind courtesies to our request.

Respectfully submitted,

LAW OFFICES OF GARY A. BRYDE, P.A.

*Sandra L. Millward*

Sandra L. Millward, Legal Assistant to
Gary A. Bryde, Esquire