

**Potter Anderson & Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Sarah E. DiLuzio**
Attorney at Law
sdiluzio@potteranderson.com
302 984-6279 Direct Phone
302 658-1192 Fax

March 26, 2007

**ELECTRONIC FILING via CM/ECF**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

    Re:    **John P. Gallagher v. E. I. du Pont de Nemours and Company, Inc., C.A. No. 07-47 (JJF)**

Dear Judge Farnan:

    Pursuant to the Court's letter of February 26, 2007, enclosed please find the parties' proposed scheduling order. The parties are in agreement with respect to the details and dates set forth in the proposed order.

    Respectfully,

    */s/ Sarah E. DiLuzio*
    Sarah E. DiLuzio
    (Delaware Bar I.D. 4085)

Enclosure

cc:   Clerk of the Court (Electronic filing via CM/ECF)
      Gary A. Bryde, Esq. (via U.S. mail)

785574

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN P. GALLAGHER,<br><br>        Plaintiff,<br><br>v.<br><br>E. I. DU PONT DE NEMOURS AND COMPANY,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 07-47 (JJF)<br>)<br>)   <u>JURY TRIAL DEMANDED</u><br>)<br>)<br>) |

## **<u>RULE 16 SCHEDULING ORDER</u>**

The parties having satisfied their obligations under Fed. R. Civ. P. 26(f),

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties will exchange by **May 4, 2007** the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. **Joinder of other Parties.** All motions to join other parties shall be filed on or before **December 1, 2007**.

3. **Discovery.**

    (a) Exchange and completion of interrogatories, identification of all fact witnesses and document production shall be commenced so as to be completed by **November 16, 2007**.

    (b) Maximum of fifty (50) interrogatories by each party to any other party.

    (c) Maximum of twenty-five (25) requests for admission by each party to any other party.

      (d)    Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the plaintiff by **December 10, 2007**; from the defendant by **January 11, 2008.**

      (e)    Any party desiring to depose an expert witness shall notice and complete said deposition no later than thirty (30) days from receipt of said expert's report, unless otherwise agreed in writing by the parties.

    4.    **Discovery Disputes**.

      (a)    A party seeking discovery which the opposing party refuses to provide shall file a motion (no brief) pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37.1. Said motion shall not exceed a total of four (4) pages. An Answer to the Rule 37 motion, not to exceed four (4) pages, shall be filed within five (5) days of service of the motion. No reply is permitted.

      (b)    All papers shall set forth in a plain and concise manner the issue(s) in dispute, the party's position on the issue(s), and the reasons for the party's position.

      (c)    Upon receipt of the Answer, the movant shall notify Chambers by e-mail at jjf_civil@ded.uscourts.gov that the parties have completed briefing.

      (d)    Upon receipt of the movant's e-mail, the Court will determine whether a conference is necessary and advise the parties accordingly.

      (e)    There is no limit on the number of Rule 37 motions a party may file, unless otherwise ordered by the Court.

    5.    **Amendment of the Pleadings**. All motions to amend the pleadings shall be filed on or before **December 1, 2007**.

  6. **Case Dispositive Motions**. Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before **March 30, 2008**. Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court.

  7. **Applications by Motion.**

  (a) Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995). Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1. Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing. The Court will not consider applications and requests submitted by letter or in a form other than a motion.

  (b) No facsimile transmissions will be accepted.

  (c) No telephone calls shall be made to Chambers.

  (d) Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov. The e-mail shall provide a short statement describing the emergency.

  8. **Pretrial Conference and Trial**. After reviewing the parties' Proposed Scheduling Order, the Court will schedule a Pretrial Conference.

  The Court will determine whether the trial date should be scheduled when the Scheduling Order is entered or at the Pretrial Conference. If scheduling of the trial

date is deferred until the Pretrial Conference, the parties and counsel shall anticipate and prepare for a trial to be held within sixty (60) to ninety (90) days of the Pretrial Conference.

      9. **Other Matters**. Plaintiff intends to file a Motion to Remand to State Court by April 13, 2007, based upon the assertion that Plaintiff's Complaint does not raise a federal question. Defendant intends to oppose any such motion.


_____                                              _____
DATE                                                                    UNITED STATES DISTRICT JUDGE


782176v1