IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| JOHN P. GALLAGHER, | : |
| Plaintiff, | : |
| v. | : C.A. No. 07-47-JJF |
| E.I. DU PONT DE NEMOURS AND COMPANY, | : |
| Defendant. | : |

### PLAINTIFF'S MOTION TO REMAND

COMES NOW, the Plaintiff, by and through counsel, who hereby moves to remand this case back to the Delaware Superior Court. The bases for this motion are as follows:

1.  Defendant's purported basis for removal was that this matter arose under and related to an employee benefit plan within the meaning of the Employee Retirement Income Security Act, 29 U.S.C. §1001 et seq (hereinafter "ERISA"). Thus, Defendant contends that this Court has original jurisdiction based on a federal question.

2.  A review of the Complaint shows clearly that the action is premised not on any type of retirement pay or benefits, but on an oral promise to fairly compensate Plaintiff for continuing to work on an ongoing employment project. It is contended by Plaintiff that this promise was breached and recourse is available under state contract law, promissory estoppel and/or the applicable state wage claim act. As such, the case does not involve any ERISA claims or any other federal question.

3. Federal jurisdiction exists only if a federal question is both affirmatively and clearly stated on the face of the Complaint. Moore's Federal Practice 3d § 107.14 [3][a]. See, e.g., Bracken v. Matgovranis, 296 F.3d 160 (3d Cir. 2002).

4. Since "proper removal requires that the asserted claims must necessarily depend on the resolution of a substantial question of federal law", and here they do not, this case should be remanded. Moore's Federal Practice, supra.

WHEREFORE, pursuant to 28 U.S.C. §1447 Plaintiff respectfully requests that the Court remand this matter to the Delaware Superior Court.

GARY A. BRYDE, P.A.

_____
Gary A. Bryde (DE Bar No. 620)
Stone Mill Office Park
724 Yorklyn Road, Suite 100
Hockessin, DE 19707
Attorneys for Plaintiff

CHARLES GRUVER III, P.A.

_____
Charles Gruver III (DE Bar No. 433)
Stone Mill Office Park
724 Yorklyn Road, Suite 315
Hockessin, DE 19707
Attorneys for Plaintiff

Date: April 3, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN P. GALLAGHER, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 07-47-JJF |
| E.I. DU PONT DE NEMOURS AND COMPANY, | : | |
| Defendant. | : | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that the attached Plaintiff's Motion to Remand by hand delivery shall be considered at the convenience of the Court.

GARY A. BRYDE, P.A.

_____
Gary A. Bryde (DE Bar No. 620)
Stone Mill Office Park
724 Yorklyn Road, Suite 100
Hockessin, DE 19707
Attorneys for Plaintiff

CHARLES GRUVER III, P.A.

_____
Charles Gruver III (DE Bar No. 433)
Stone Mill Office Park
724 Yorklyn Road, Suite 315
Hockessin, DE 19707
Attorneys for Plaintiff

Dated: April 5, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN P. GALLAGHER,<br><br>    Plaintiff,<br><br>v.<br><br>E.I. DU PONT DE NEMOURS AND COMPANY,<br><br>    Defendant. | :<br>:<br>:<br>:<br>:   C.A. No. 07-47-JJF<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I, Gary A. Bryde, Esquire, counsel for Plaintiff, hereby certify that on this 5th day of April, 2007, did cause to be served two (2) copies of "Plaintiff's Motion to Remand" along with a copy of this Certificate of Service with the Court, and sent notification of same via U.S. Mail to the following:

>Kathleen Furey McDonough, Esquire
>Potter Anderson & Corroon LLP
>1313 North Market Street
>P.O. Box 951
>Wilmington, DE 19899-0951
>
>Sarah Elizabeth DiLuzio, Esquire
>Potter Anderson & Corroon LLP
>1313 North Market Street
>P.O. Box 951
>Wilmington, DE 19899-0951

GARY A. BRYDE, P.A.

_____
Gary A. Bryde (DE Bar No. 620)
Stone Mill Office Park
724 Yorklyn Road, Suite 100
Hockessin, DE 19707
Attorneys for Plaintiff