IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN P. GALLAGHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-47 (JJF) |
| | ) | |
| E. I. DU PONT DE NEMOURS AND COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANTS' INITIAL DISCLOSURES
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A)**

Defendant E. I. du Pont de Nemours and Company ("DuPont"), by and through their undersigned attorneys, hereby makes the following disclosures, pursuant to Federal Rule of Civil Procedure 26(a)(1).

(A)  Individuals likely to have discoverable information that Defendant may use to support its claims or defenses, and the subjects of the information:

**Response:**

| Individual | Areas of Knowledge |
|---|---|
| John P. Gallagher | All aspects of Plaintiff's claims. |

As a current employees of DuPont or one or more of its parent, subsidiary and/or affiliate corporations, the following individuals may not be contacted, except through the undersigned counsel:

| | |
|---|---|
| Raymond G. Anderson | Global Recognition Award Plaintiff received in December 2005. |

| | |
|---|---|
| Stacey A. Balderson | Plaintiff's performance, knowledge, skills and abilities during certain portions of his employment with Defendant. |
| | Expression of Interest to be Terminated for Lack of Work ("EOI") selection criteria, process and final selections in connection with the 2004 reorganization of DuPont Performance Coatings Marshall Research and Laboratory. |
| | Decision to not select Plaintiff for involuntary termination of employment. |
| Martin Breucker | Expression of Interest to be Terminated for Lack of Work selection criteria, process and final selections in connection with the 2004 reorganization of DuPont Performance Coatings Marshall Research and Laboratory. |
| | Global Recognition Award Plaintiff received in December 2005. |
| Mark S. Connolly | Global Recognition Award Plaintiff received in December 2005. |
| James E. Coughlin | Expression of Interest to be Terminated for Lack of Work selection criteria, process and final selections in connection with the 2004 reorganization of DuPont Performance Coatings Marshall Research and Laboratory. |
| | Decision to not select Plaintiff for involuntary termination of employment. |
| | Defendant's Career Transition Program ("CTP"). |
| | Global Recognition Award Plaintiff received in December 2005. |
| James A. Jeziorski | Plaintiff's performance, knowledge, skills and abilities during certain portions of his employment with Defendant. |
| | Global Recognition Award Plaintiff received in December 2005. |
| Patricia K. Lister | Expressions of Interest to be Terminated for Lack of Work submitted in connection with the 2004 reorganization of DuPont Performance Coatings Marshall Research and Laboratory. |
| Marko Strukeli | Global Recognition Award Plaintiff received in December 2005. |

(B) Documents, data, compilations and tangible things in the possession, custody, or control of Defendant that Defendant may use to support its claims or defenses:

**Response:**

1. Documents related to Plaintiff's employment with DuPont.

2. Documents related to the DuPont Career Transition Plan ("CTP").;

3. Documents related to the DuPont Pension and Retirement Plan (the "DuPont Plan");

4. Documents related to the DuPont Global Recognition Award Program.

5. Documents related to DuPont's Expressions of Interest to be Terminated for Lack of Work program and policies.

6. Documents related to the 2004 reorganization of DuPont Performance Coatings Marshall Research and Laboratory.

(C) A computation of any category of damages claimed by Defendant:

**Response:** None.

(D) Insurance agreements under which any person or entity carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action, or to indemnify or reimburse defendant for payments made to satisfy the judgment:

**Response:** None.

POTTER ANDERSON & CORROON LLP

By: /s/ Sarah E. DiLuzio
Kathleen Furey McDonough (No. 2395)
Sarah E. DiLuzio (No. 4085)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
Telephone:  (302) 984-6000
Telefax:  (302) 658-1192
kmcdonough@potteranderson.com
sdiluzio@potteranderson.com

*Attorney for Defendant*
*E.I. du Pont de Nemours and Company*

Dated:  May 3, 2007
778503v2/20120-423

4

CERTIFICATE OF SERVICE

I, Sarah E. DiLuzio, hereby certify that on May 3, 2007, I electronically filed true and correct copies of the foregoing DEFENDANT'S INITIAL DISCLOSURES with the Clerk of the Court using CM/ECF which will send notification of such filing, which is available for viewing and downloading from CM/ECF, and served counsel of record as follows:

By First Class Mail

Gary A. Bryde, Esquire
Stone Mill Office Park
724 Yorklyn Road, Suite 100
Hockessin, DE 19707

By First Class Mail

Charles Gruver, III, Esquire
Stone Mill Office Park
724 Yorklyn Road, Suite 315
Hockessin, DE 19707

/s/ Sarah E. DiLuzio
Sarah E. DiLuzio (DSB ID No. 4085)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Post Office Box 951
Wilmington, Delaware 19899-0951
Tel: (302) 984-6000
E-mail: sdiluzio@potteranderson.com

778503v2