IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOHN P. GALLAGHER,         :
                           :
        Plaintiff,         :
                           :
   v.                      :    C.A. No. 07-47 (JJF)
                           :
E. I. DU PONT DE NEMOURS AND :
COMPANY,                   :
                           :
        Defendant          :



**PLAINTIFFS' INITIAL DISCLOSURES
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A)**

Plaintiff John P. Gallagher ("Gallagher"), by and through his undersigned attorneys, hereby makes the following disclosures, pursuant to Federal Rule of Civil Procedure 26(a)(1).

A.   Individuals likely to have discoverable information that Plaintiff may use to support his claims or defenses, and the subjects of the information:

**Response**:

Individual                          Areas of Knowledge

| John P. Gallagher | All aspects of Plaintiff's claims |
|---|---|
| Edward J. Donnelly, Jr.<br>106 St. Andrews Way<br>Avondale, PA<br>610-268-2444 | Knowledge of administration of Defendant's Career Transition Program ("CTP") at both Marshall Lab and the Troy, Michigan laboratory.<br><br>Informed Plaintiff that he should contact Martin Breucker in connection with the matters stated in the Complaint |
| Judith Obetz | On information and belief, she received part of the Global Recognition Award in or about December 2005. |
| James ONeill | Denied opportunity to accept the CTP and was subsequently promoted. |

| Stacey A. Balderson | Assisted Plaintiff in composing letter to Edward J. Donnelly, Jr. expressing displeasure with disparate treatment of employees between the Marshall and Troy Labs. |
|---|---|
| Martin Breucker | Those matters stated in the Complaint. |
| Elizabeth Douglas Rodriquez | The success of the project that Plaintiff completed and for which he received the Global Recognition Award in December 2005.<br><br>The extent of time and effort required to transition the project to her. |
| Director of Troy Lab - Retired (To Be Identified) | The decision making process used in the Troy Lab to enable employees to take advantage of the CTP. |

(B)  Documents, data, compilations and tangible things in the possession, custody, or control of Plaintiff that Plaintiff may use to support his claims or defenses:

**Response**:

1. Pension Estimate Package Dated January 23, 2004 for John P. Gallagher.

2. Salary Increase Notices

3. February 9, 2005 Compensation Notice

4. Letter to Martin Breucker from Jack Gallagher

(C)  A computation of any category of damages claimed by Defendant:

**Response**:

$148,632.00.

(D)  Insurance agreements under which any person or entity carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action, or to indemnify or reimburse defendant for payments made to satisfy the judgment:

**Response**:

None.

                                              **GARY A. BRYDE, P.A.**

By:    /s/ Gary A. Bryde
          Gary A. Bryde (DE Bar No. 620)
          Jonathan Layton (DE Bar No. 3646)
          Stone Mill Office Park
          724 Yorklyn Road, Suite 100
          Hockessin, DE 19707
          *Attorneys for Plaintiff*

                                              **CHARLES GRUVER III, P.A.**

By:    /s/ Charles Gruver, III
          Charles Gruver, III (DE Bar No. 433)
          Stone Mill Office Park
          724 Yorklyn Road, Suite 315
          Hockessin, DE 19707
          *Attorneys for Plaintiff*

Dated: 10th day of May 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN P. GALLAGHER, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 07-47 (JJF) |
| E. I. DU PONT DE NEMOURS AND COMPANY, | : | |
| Defendant | : | |

### CERTIFICATE OF SERVICE

We, Gary A. Bryde, Esquire and Charles Gruver, III, Esquire, hereby certify that on May 10, 2007, we sent via facsimile and U.S. Mail true and correct copies of the foregoing PLAINTIFF's INITIAL DISCLOSURES to:

Sarah E. DiLuzio
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Post Office Box 951
Wilmington, DE 19899-0951

                                                          **GARY A. BRYDE, P.A.**

By:    */s/ Gary A. Bryde*
               Gary A. Bryde (DE Bar No. 620)
               Jonathan Layton (DE Bar No. 3646)
               Stone Mill Office Park
               724 Yorklyn Road, Suite 100
               Hockessin, DE 19707
               *Attorneys for Plaintiff*

                                              **CHARLES GRUVER III, P.A.**

By:   /s/ *Charles Gruver, III*
       Charles Gruver, III (DE Bar No. 433)
       Stone Mill Office Park
       724 Yorklyn Road, Suite 315
       Hockessin, DE 19707
       *Attorneys for Plaintiff*

Dated: 10th day of May, 2007