IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOHN P. GALLAGHER,               :
                                 :
        Plaintiff,               :
                                 :
    v.                           : Civil Action No. 07-47-JJF
                                 :
E.I. DU PONT DE NEMOURS AND      :
COMPANY,                         :
                                 :
        Defendant.               :

### O R D E R

At Wilmington, this 19 day of June 2007, for the reasons set forth in the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that Plaintiff's Motion To Remand (D.I. 10) is **GRANTED**.

                                          _____
                                          UNITED STATES DISTRICT JUDGE